## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HRONDY TARVUS ROGERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-23-517-R |
| | ) |
| WARDEN DAVID LEMASTER, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Before the Court is the Report and Recommendation (Doc. No. 13) entered by United States Magistrate Judge Suzanne Mitchell on June 29, 2023, wherein she recommended that the Court transfer this habeas action to the United States District Court for the Western District of Pennsylvania where Petitioner is confined. Petitioner has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 13) is ADOPTED in its entirety, and this case is TRANSFERRED to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1631.

**IT IS SO ORDERED** this 11th day of August 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE